**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

FILED
SEP 27 2016
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>KRYSTAL DOMINGUEZ-TORRES,<br><br>　　　　　　　Defendant. | CASE NO. 15CR2005-WQH<br><br>**JUDGMENT OF DISMISSAL** |

　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___　an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___　the Court has dismissed the case for unnecessary delay; or

_x_　the Court has granted the motion of the Government for dismissal, with prejudice; or

___　the Court has granted the motion of the defendant for a judgment of acquittal; or

___　a jury has been waived, and the Court has found the defendant not guilty; or

___　the jury has returned its verdict, finding the defendant not guilty;

_x_　of the offense(s) as charged in the Information:

8 USC 1326(a) and (b); 8 USC 1324(a)(1)(A)(ii),(v)(II), (a)(1)(B)(i)

---

　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: SEPTEMBER 27, 2016

　　　　　　　　　　　　　　　/s/ Ruben Brooks
　　　　　　　　　　　　　　　Ruben B. Brooks
　　　　　　　　　　　　　　　U.S. Magistrate Judge